Joseph K. Jones, Esq. (002182006)
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
jkj@legaljones.com
*Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUZANNE METRICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC; and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case Number: 3:23-cv-21213<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

**WHEREAS,** it is hereby stipulated by and between Counsel that this action is settled.

**THEREFORE**, it is ordered by the Court that this action is discontinued without costs and with prejudice.

Dated: April 15, 2024

| | |
|---|---|
| *s/ Benjamin J. Wolf*<br>Benjamin J. Wolf Esq.<br>JONES, WOLF & KAPASI, LLC<br>375 Passaic Avenue, Suite 100<br>Fairfield, New Jersey 07004<br>(973) 227-5900 telephone<br>bwolf@legaljones.com<br>*Attorneys for Plaintiff* | *Mitchell L. Williamson*<br>Mitchell L. Williamson, Esq.<br>Barron & Newburger, PC<br>458 Elizabeth Ave., Suite 5371<br>Somerset, N.J. 08873<br>732. 630.5970<br>mwilliamson@bn-lawyers.com<br>*Attorneys for Defendant* |

So Ordered this 16th day of April, 2024

_____
**Honorable Michael A. Shipp, U.S.D.J.**